UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 20th day of August, two thousand and fourteen,

| | |
|---|---|
| Alicia S. Alban, Trustee<br>v.<br>Minnesota Life Insurance Company | **STIPULATION**<br>Docket Number: 14-2606 |

The undersigned counsel for the parties stipulate that the above-captioned case is withdrawn with prejudice without costs and without attorneys' fees pursuant to FRAP 42(b).

Date: 8/20/2014

*[signature]*
Attorney for Appellant

Brian P. Daniels, BRENNER, SALTZMAN & WALLMAN LLP
Print Name and Firm

Date: 8/20/2014

*[signature]*
Attorney for Appellee

Melissa Lang, HARVEY PENNINGTON, LTD.
Print Name and Firm